IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BURNEY B. BESS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-4895

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Levy County.
Mark W. Moseley, Judge.

Burney B. Bess, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.